MORGAN, LEWIS & BOCKIUS LLP
DAVID L. SCHRADER, State Bar No. 149638
dschrader@morganlewis.com
BRIAN M. JAZAERI, State Bar No. 221144
bjazaeri@morganlewis.com
YARDENA R. ZWANG-WEISSMAN, State Bar No. 247111
yzwang-weissman@morganlewis.com
300 South Grand Avenue, Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: 213.612.2500
Fax: 213.612.2501

Attorneys for Defendants,
FMR LLC and FIDELITY BROKERAGE SERVICES LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GEORGE STRAGHALIS, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

FMR LLC, FIDELITY BROKERAGE SERVICES LLC, and DOES 1 through 10,

Defendants.

Case No. CV 11-00071 DSF (RZx)

Hon. Dale S. Fischer

**DEFENDANTS FMR LLC AND FIDELITY BROKERAGE SERVICES LLC'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

[Memorandum of Points and Authorities in Support of Motion to Dismiss and Motion to Strike; [Proposed] Order on Motion to Dismiss; [Proposed] Order on Motion to Strike; Request for Judicial Notice in support of Motion to Dismiss and Motion to Strike and Declaration of Brian M. Jazaeri Filed Concurrently Herewith]

[Fed. R. Civ. Proc. 9(b) and 12(b)(6)]

Date: May 9, 2011
Time: 1:30 p.m.
Courtroom: 840

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on May 9, 2010, at 1:30 p.m., before The Honorable Dale S. Fischer, in courtroom 840 of this Court, located at 255 East Temple Street, Los Angeles, California, 90012, Defendants FMR LLC and Fidelity Brokerage Services LLC (collectively, "Fidelity") will and hereby do move for an order to dismiss the First Amended Complaint ("Complaint") filed by Plaintiff George Straghalis individually and on behalf of others similarly situated pursuant to Federal Rule of Civil Procedure sections 12(b)(6) and 9(b) because it fails to state a claim against Fidelity upon which relief can be granted and fails to meet the heightened standards outlined by the Supreme Court in *Bell Atlantic v. Twombly*, 550 U.S. 544, 570; 127 S. Ct. 1955, 1973-1974; 167 L. Ed. 2d 929, 949 (2007) and *Ashcroft v. Iqbal*, 129 S. Ct. 1937, 1949-1950, 173 L. Ed. 2d 868, 883-884 (2009), and as required by Rule 9(b).

In particular, Plaintiff fails to allege a fraud claim against Fidelity because has failed to allege that Fidelity made any false representations or that Plaintiff justifiably relied on any of Fidelity's statements when purchasing the brokered CDs at issue or that he suffered any damages as a result. Instead, the allegations of the Complaint establish that Plaintiff received exactly what was represented.

Plaintiff further has failed to allege a viable cause of action under the Consumer Legal Remedies Act, Civil Code Section 1750 *et seq.* ("CLRA") for multiple reasons. The CLRA does not apply to this action because CDs are neither tangible "goods" nor "services" as defined under the CLRA and, as a result, do not fall within the purview of the CLRA. Nor has Plaintiff alleged, because he cannot, that Fidelity violated any of the prohibited acts under the CLRA.

Additionally, Plaintiff has failed to allege a viable California Business and Professions Code, Section 17200 *et seq.* ("UCL") claim against Fidelity because he does not have standing to pursue a UCL claim and the Complaint fails to allege sufficiently that Fidelity engaged in any "unlawful, unfair or deceptive practices"

under the UCL.

Plaintiff's unjust enrichment claim also fails in its entirety because there is no such cause of action in California for unjust enrichment.

As a result, Plaintiff's Complaint should be dismissed in its entirety. Further, because Plaintiff cannot establish the essential elements of his claims against Fidelity as a matter of law, repleading would be futile and the FAC should be dismissed without leave to amend. *Reddy v. Litton Indus.*, 912 F.2d 291, 296 (9th Cir. 1990).

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on March 10, 2011 and March 26, 2011. This motion will be based on this Notice of Motion and Motion, the attached Memorandum of Points and Authorities in support of the Motion to Dismiss and Motion to Strike, Fidelity's Request for Judicial Notice In Support of its Motion to Dismiss and Motion to Strike, Declaration of Brian M. Jazaeri in Support of Fidelity's Request for Judicial Notice, [Proposed] Order, any papers filed in reply in support of this Motion and Motion to Strike, the Court's file in this case, and on all other matters which may be judicially noticed or adduced at the hearing of this matter.

Dated: March 30, 2011 Morgan, LEWIS & BOCKIUS LLP

By /s/ David L. Schrader
David L. Schrader
Attorneys for Defendants
FMR LLC and FIDELITY
BROKERAGE SERVICES LLC