JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE STRAGHALIS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FIDELITY BROKERAGE<br>SERVICES LLC, et al.,<br><br>　　　　Defendants.<br>_____ | Case No. CV 11-71 DSF<br><br>**JUDGMENT** |

The Court having granted the Motion to Dismiss with leave to amend, and Plaintiff having failed to file an amended complaint,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 2/14/12

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DALE S. FISCHER
　　　　　　　　　　　　　　　　　　United States District Judge